[No. 29482-0-III.   Division Three.   December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. PARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-8-50229-1, Jerri G. Potts, J. Pro Tem., entered November 8, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29497-8-III.   Division Three.   December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIN M. MACKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-03185-2, Maryann C. Moreno, J., entered June 17, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29702-1-III.   Division Three.   December 13, 2011.]

TERRIE L. GUNDERSON, *Appellant*, v. THE CITY OF MILLWOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-05072-9, Linda G. Tompkins, J., entered December 30, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 64927-2-I.   Division One.   December 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY JOHN FLOREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03027-6, Harry J. McCarthy, J., entered January 14, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Leach, JJ.